PETER BIALIK, as Administrator, etc., of JOSEPH CHAVEZ, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the law, with costs, upon the ground that upon plaintiff's intestate's own evidence he was guilty of contributory negligence as matter of law. The action abates upon proof now filed that the original plaintiff is dead. All concur, except

Thompson, J., who dissents. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.